UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET** |
| | * | |
| **VERSUS** | * | **NO. 07-337** |
| | * | |
| **AZIZI ANSARI** | * | **SECTION "L"** |

### ORDER AND REASONS

Before the Court is Defendant Azizi Ansari's Motion to Correct his Sentence pursuant to 28 U.S.C. § 2255. (Rec. Doc. 103). Having reviewed Mr. Ansari's motion, and the applicable law, the Court now issues this Order & Reasons.

### I. BACKGROUND

On November 7, 2007, Azizi Ansari ("Ansari") pleaded guilty to a one-count Bill of Information for violating 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(c); all in violation of 21 U.S.C. § 846. (Rec. Doc. 27). Ansari entered into a plea agreement waiving "the right to appeal [his] sentence[], including but not limited to any appeal right conferred by Title 18, U.S.C. § 3742." *Id.* at 2. Ansari further agreed "not to contest [his] sentence[] in any post conviction proceeding, including but not limited to a proceeding under Title 28, U.S.C. § 2255." *Id.* However, Ansari reserved "the right to appeal . . . any punishment imposed in excess of the statutory maximum." *Id.* On February 25, 2010, this Court sentenced Ansari to 240 months. (Rec. Doc. 93).

### II. PRESENT MOTION (Rec. Doc. 103)

On May 22, 2015, the Court received correspondence from Ansari which the Court construed as a Motion to Correct his Sentence pursuant to 28. U.S.C. § 2255 and a Motion to

1

Reduce Defendant's Sentence pursuant to 18 U.S.C. 3582(c)(2). The Court denied Ansari's Motion to Reduce Sentence on March 1, 2016 (Rec. Doc. 105), and the Court now turns to Ansari's Motion to Reduce Sentence.

### III. LAW AND ANALYSIS

Ansari asks this Court to reduce his sentence because the Court did not correctly calculate his criminal history and to award him credit for his cooperation with the Government, but Ansari's plea agreement prohibits him from proceeding with any post-conviction collateral attacks on his sentence. Specifically, Ansari agreed "not to contest [his] sentence[] in any post conviction proceeding, including but not limited to a proceeding under Title 28, U.S.C. § 2255." (Rec. Doc. 27 at 2). Ansari did, however, reserve the right to appeal any punishment imposed in excess of the statutory maximum. (Rec. Doc. 27 at 2). Since the Court did not sentence Ansari to a term in excess of the statutory maximum, and that is not the contention of Ansari's motion, Ansari's plea agreement bars him from bringing this motion.

It should also be noted that Ansari's plea agreement states that "[i]t shall be the sole discretion of the United States Attorney as to whether a motion requesting the Court to impose a sentence below the sentence contemplated by the sentencing guidelines should be filed or to impose any sentence within the statutory maximum term of imprisonment and fine allowed by law." (Rec. Doc. 27 at 3). Here, the Government has filed no motion pursuant to § 5K1.1 of the United States Sentencing Guidelines or pursuant to 18 U.S.C. § 3553(c). The Court was also informed by Lindsay Larson, Mr. Ansari's attorney, that the Government was made aware of the present motion and does not intend to file a 5K. Accordingly, the Court finds no reason, and is unable, to reduce Ansari's sentence for his alleged cooperation.

## IV. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Ansari's Motion to Correct Sentence (Rec. Doc. 103) is hereby **DENIED**.

New Orleans, Louisiana this 18th day of March, 2016.

                                         UNITED STATES DISTRICT JUDGE

cc:

Azizi Ansari #30027-086
Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548