UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| versus | * | NO. 07-337 |
| AZIZI ANSARI | * | SECTION "L" |

## ORDER & REASONS

Before the Court is Defendant Azizi Ansari's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). R. Doc. 124. Ansari filed this motion *pro se*. This is Mr. Ansari's fourth motion seeking a sentence reduction.

### I. BACKGROUND

On November 7, 2007, Defendant Azizi Ansari pleaded guilty to a one-count Bill of Information for violating 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(c), all in violation of 21 U.S.C. § 846. R. Doc. 27. Ansari entered into a plea agreement, pursuant to which the Government agreed "to bring to the attention of the Court any cooperation rendered by the defendant[] prior to sentencing." *Id.* at 3. The plea agreement noted, however, that

> The United States may, *but shall not be required to make* a motion or provide a letter to the Court requesting the Court to impose a sentence below the sentence contemplated by the sentencing guidelines or to request the Court to impose any sentence within the statutory maximum term of imprisonment and fine allowed by law. *It shall be in the sole discretion of the United States Attorney as to whether a motion requesting the Court to impose a sentence below the sentence contemplated by the sentencing guidelines should be filed* or to impose any sentence within the statutory maximum term of imprisonment and fine allowed by law.

*Id.* (emphasis added). On February 25, 2010, this Court sentenced Ansari to 240 months imprisonment. R. Doc. 93. Ansari did not appeal his conviction or the sentence.

On July 6, 2010, Ansari filed a *pro se* Motion for Transcripts to allow him to proceed with

1

a request for relief under 28 U.S.C. § 2255. R. Doc. 95. The Court denied the motion on November 5, 2013 finding Ansari was not entitled to transcripts, as he did not have a § 2255 motion pending. R. Doc. 101. Thereafter, on June 2, 2015, Ansari filed a motion seeking a reduction of his sentence pursuant to 28 U.S.C. § 2255. R. Doc. 103. The Court denied the motion on March 18, 2016, as in his plea agreement, Ansari agreed "not to contest [his] sentence[] in any post conviction proceeding, including but not limited to a proceeding under Title 28, U.S.C. § 2255." R. Doc. 107. Ansari appealed this order on March 11, 2016, R. Doc. 106, which the Fifth Circuit dismissed as frivolous on May 16, 2017, R. Doc. 118.

On June 2, 2015, Ansari again sought to reduce his sentence, this time pursuant to 18 U.S.C. § 3582(c)(2), R. Doc. 103, which the Court denied on March 1, 2016, R. Doc. 105. Mr. Ansari appealed this order on March 11, 2016, R. Doc. 106, which the Fifth Circuit also denied as frivolous, R. Doc. 118.

On November 30, 2018, Ansari again moved for a reduction of sentence, this time styling his motion as a "Motion for Collection of Rule 35 Credit." R. Doc. 120. This Court denied this motion on December 5, 2018. R. Doc. 121.

## II. PRESENT MOTION [R. Doc. 124]

In his fourth motion seeking a reduction of sentence, Mr. Ansari again points to 18 U.S.C. § 3582(c)(2). Mr. Ansari has already sought a reduction of his sentence pursuant to this statute, R. Doc. 103, which the Court denied, R. Doc. 105 at 1. As a result, the Court will **DENY** this motion as **MOOT**.

## III. CONCLUSION

For the foregoing reasons,

**IT IS ORDERED** that Defendant Azizi Ansari's motion to reduce his sentence pursuant

to 18 U.S.C. § 3582(c)(2), R. Doc. 124, be and hereby is **DENIED AS MOOT**.

New Orleans, Louisiana this 29th day of March, 2019.

_____
Eldon E. Fallon
U.S. District Court Judge

cc: Azizi Ansari
    Federal Correctional Institution, 30027-086
    P.O. Box 9000
    Safford, AZ 85548